The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOWARD BERRY and DAVID BERRY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSDEV SERVICES, INC. f/k/a VEOLIA TRANSPORTATION SERVICES, INC.; TRANSDEV NORTH AMERICA, INC., f/k/a VEOLIA SERVICES, INC.; and FIRST TRANSIT, INC.,<br><br>Defendants. | Case No.: 2:15-cv-01299-RAJ<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT FIRST TRANSIT, INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM**<br><br>**NOTING DATE: OCTOBER 28, 2016** |

The Court, having reviewed the pleadings and documents filed in support of and in opposition to Defendant First Transit, Inc.'s Motion to Dismiss Plaintiffs' First Amended Complaint for Failure to State a Claim ("Motion"), and the remainder of the file herein, finds that Plaintiffs have failed to state any claim against First Transit, Inc. upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). The Court further finds that Plaintiffs' First Amended Complaint against First Transit, Inc. cannot be cured by the allegation of other facts.

[PROPOSED] ORDER GRANTING
FIRST TRANSIT, INC.'S MOTION TO DISMISS - 1
Case No. 2:15-cv-01299-RAJ

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

1    Therefore, the Court HEREBY ORDERS that Defendant's Motion is granted in its
2 entirety.  Plaintiffs' First Amended Complaint is dismissed with prejudice as against First
3 Transit, Inc.
4    DATED this ____ day of _____, 2016.

                                                        _____
                                                        THE HONORABLE RICHARD A. JONES
                                                        U.S. DISTRICT COURT JUDGE

**[PROPOSED] ORDER GRANTING
FIRST TRANSIT, INC.'S MOTION TO DISMISS** - 2
**Case No.  2:15-cv-01299-RAJ**

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

Presented by:

*s/ Breanne Sheetz Martell*
Daniel L. Thieme, WSBA #12855
dthieme@littler.com
Breanne Sheetz Martell, WSBA #39632
bsmartell@littler.com
Vanessa B.K. Lee, WSBA #46547
vblee@littler.com
LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
Phone:        206.623.3300
Fax:             206.447.6965

Attorneys for Defendant
FIRST TRANSIT, INC.

[PROPOSED] ORDER GRANTING
FIRST TRANSIT, INC.'S MOTION TO DISMISS - 3
Case No.  2:15-cv-01299-RAJ

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

# CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Ste. 3200, Seattle, WA 98101. On October 4, 2016, I

| ✗ | **ELECTRONICALLY FILED** the foregoing document(s) with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: |
|---|---|

| | |
|---|---|
| Toby J. Marshall, WSBA #32726<br>tmarshall@terrellmarshall.com<br>Jennifer Rust Murray, WSBA # 36983<br>jmurray@terrellmarshall.com<br>Erika L. Nusser, WSBA #40854<br>enusser@terrellmarshall.com<br>TERRELL MARSHALL LAW GROUP PLLC<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869<br>Telephone:    206-816-6603<br>Facsimile:     206-319-5450<br><br>*Attorneys for Plaintiffs* | Jeffrey Needle, WSBA #6346<br>jneedle@wolfenet.com<br>LAW OFFICES OF JEFFREY L. NEEDLE<br>119 1st Avenue, Suite 200<br>Seattle, Washington 98104<br>Telephone:    206-447-1560<br>Facsimile:     206-447-1523<br><br><br><br><br><br>*Attorneys for Plaintiffs* |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on October 4, 2016, at Seattle, Washington.

                              *s/ Rebekah Davies*
                              Rebekah Davies
                              rdavies@littler.com
                              **LITTLER MENDELSON, P.C.**

Firmwide:143122461.1 086945.1003

[PROPOSED] ORDER GRANTING
FIRST TRANSIT, INC.'S MOTION TO DISMISS - 4
Case No. 2:15-cv-01299-RAJ

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300