The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOWARD BERRY and DAVID BERRY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSDEV SERVICES, INC. f/k/a VEOLIA TRANSPORTATION SERVICES, INC.; TRANSDEV NORTH AMERICA, INC., f/k/a VEOLIA SERVICES, INC.; and FIRST TRANSIT, INC.,<br><br>Defendants. | Case No.: 2:15-cv-01299-RAJ<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT FIRST TRANSIT, INC.'S MOTION TO DISMISS TRANSDEV SERVICES, INC.'S CROSS-CLAIM FOR FAILURE TO STATE A CLAIM**<br><br>NOTING DATE: NOVEMBER 18, 2016 |

The Court, having reviewed the pleadings and documents filed in support of and in opposition to Defendant First Transit, Inc.'s Motion to Dismiss Transdev Services, Inc.'s Cross-Claim for Failure to State a Claim ("Motion"), and the remainder of the file herein, finds that Transdev Services, Inc. has failed to state any claim against First Transit, Inc. upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). The Court further finds that Transdev Services, Inc.'s Cross-Claim against First Transit, Inc. cannot be cured by the allegation of other facts.

[PROPOSED] ORDER GRANTING
FIRST TRANSIT, INC.'S MOTION TO DISMISS
TRANSDEV'S CROSS-CLAIM - 1
**Case No. 2:15-cv-01299-RAJ**

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

1   Therefore, the Court HEREBY ORDERS that First Transit, Inc.'s Motion is granted in its
2   entirety. Transdev Services, Inc.'s Cross-Claim against First Transit, Inc. is dismissed with
3   prejudice.
4   DATED this ____ day of _____, 2016.

6   _____
    THE HONORABLE RICHARD A. JONES
7   U.S. DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING
FIRST TRANSIT, INC.'S MOTION TO DISMISS
TRANSDEV'S CROSS-CLAIM - 2
**Case No.  2:15-cv-01299-RAJ**

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

Presented by:

*s/ Breanne Sheetz Martell*
Daniel L. Thieme, WSBA #12855
dthieme@littler.com
Breanne Sheetz Martell, WSBA #39632
bsmartell@littler.com
Vanessa B.K. Lee, WSBA #46547
vblee@littler.com
LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
Phone:       206.623.3300
Fax:         206.447.6965

Attorneys for Defendant
FIRST TRANSIT, INC.

[PROPOSED] ORDER GRANTING
FIRST TRANSIT, INC.'S MOTION TO DISMISS
TRANSDEV'S CROSS-CLAIM - 3
**Case No.  2:15-cv-01299-RAJ**

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

# CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Ste. 3200, Seattle, WA 98101. On October 24, 2016, I

| ✖ | **ELECTRONICALLY FILED** the foregoing document(s) with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: |
|---|---|

| | |
|---|---|
| Toby J. Marshall, WSBA #32726<br>tmarshall@terrellmarshall.com<br>Jennifer Rust Murray, WSBA # 36983<br>jmurray@terrellmarshall.com<br>Erika L. Nusser, WSBA #40854<br>enusser@terrellmarshall.com<br>TERRELL MARSHALL LAW GROUP PLLC<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869<br>Telephone:    206-816-6603<br>Facsimile:    206-319-5450<br><br>*Attorneys for Plaintiffs* | Jeffrey Needle, WSBA #6346<br>jneedle@wolfenet.com<br>LAW OFFICES OF JEFFREY L. NEEDLE<br>119 1st Avenue, Suite 200<br>Seattle, Washington 98104<br>Telephone:    206-447-1560<br>Facsimile:    206-447-1523<br><br><br><br><br><br><br>*Attorneys for Plaintiffs* |
| Stellman Keehnel, WSBA No. 9309<br>stellman.keehnel@dlapiper.com<br>Anthony Todaro, WSBA No. 30391<br>anthony.todaro@dlapiper.com<br>Austin Rainwater, WSBA No. 41904<br>austin.rainwater@dlapiper.com<br>DLA PIPER US LLP (WA)<br>701 Fifth Avenue, Suite 7000<br>Seattle, Washington 98104-7044<br>Tel: 206.839.4800<br>Fax: 206.839.4801<br><br>*Attorneys for Transdev Defendants* | |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on October 24, 2016, at Seattle, Washington.

*s/ Sally Swearinger*
Sally Swearinger
sswearinger@littler.com
**LITTLER MENDELSON, P.C.**

Firmwide:143542791.1 070993.1104
**[PROPOSED] ORDER GRANTING
FIRST TRANSIT, INC.'S MOTION TO DISMISS
TRANSDEV'S CROSS-CLAIM** - 4
**Case No. 2:15-cv-01299-RAJ**

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300