HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOWARD BERRY and DAVID BERRY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSDEV SERVICES, INC., f/k/a VEOLIA TRANSPORTATION SERVICES INC., and TRANSDEV NORTH AMERICA, INC., f/k/a VEOLIA SERVICES, INC.,<br><br>Defendants. | No. 2:15-cv-01299-RAJ<br><br>**[PROPOSED] ORDER DENYING FIRST TRANSIT'S MOTION TO DISMISS TRANSDEV'S CROSSCLAIM FOR FAILURE TO STATE A CLAIM** |

[PROPOSED] ORDER DENYING FIRST TRANSIT'S
MOTION TO DISMISS TRANSDEV'S CROSSCLAIM
FOR FAILURE TO STATE A CLAIM
No. 2:15-cv-01299-RAJ

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044 ı Tel: 206.839.4800

**ORDER**

This matter came before the Court on defendant First Transit, Inc.'s ("First Transit") Motion to Dismiss Transdev Services, Inc.'s ("Transdev") Cross-Claim for Failure to State a Claim (the "Motion").  After reviewing First Transit's Motion and supporting papers, Transdev's response to the Motion and supporting papers, and First Transit's reply in support of the Motion and any supporting papers, as well as the pleadings on file in this case, it is hereby ORDERED that defendant First Transit's Motion is DENIED.

Dated this _____day of_____, 2016.

_____
Honorable Richard A. Jones
United States District Court Judge

*Presented by:*

DLA PIPER LLP (US)

*s/ Stellman Keehnel*
Stellman Keehnel, WSBA No. 9309
*s/ Anthony Todaro*
Anthony Todaro, WSBA No. 30391
*s/ Austin Rainwater*
Austin Rainwater, WSBA No. 41904
701 Fifth Avenue, Suite 7000
Seattle, Washington  98104-7044
Tel:  206.839.4800
Fax: 206.839.4801
E-mail:  stellman.keehnel@dlapiper.com
E-mail:  anthony.todaro@dlapiper.com
E-mail:  austin.rainwater@dlapiper.com

Attorneys for Defendants
Transdev Services, Inc. and
Transdev North America, Inc.

MOTION TO DISMISS TRANSDEV'S CROSSCLAIM
FOR FAILURE TO STATE A CLAIM - 1
No. 2:15-cv-01299-RAJ

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044 | Tel: 206.839.4800

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the parties.

Dated this 14th day of November, 2016.

*s/Stellman Keehnel*
Stellman Keehnel

EAST\137176639.1

[PROPOSED] ORDER DENYING FIRST TRANSIT'S MOTION TO DISMISS TRANSDEV'S CROSSCLAIM FOR FAILURE TO STATE A CLAIM - 2
No. 2:15-cv-01299-RAJ

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800