HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOWARD BERRY and DAVID BERRY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSDEV SERVICES, INC., f/k/a VEOLIA TRANSPORTATION SERVICES INC., and TRANSDEV NORTH AMERICA, INC., f/k/a VEOLIA SERVICES, INC.,<br><br>Defendants. | No. 2:15-cv-01299-RAJ<br><br>**DECLARATION OF AUSTIN RAINWATER** |

I, Austin Rainwater, declare as follows:

1. I am an attorney licensed to practice law in the State of Washington and am admitted to practice before this Court. I am an attorney with the law firm of DLA Piper LLP (US), counsel of record for defendants Transdev Services, Inc. and Transdev North America, Inc. ("Transdev") in this lawsuit. I have personal knowledge of the facts stated below and am competent to testify thereto.

2. Attached to this declaration as **Exhibit A** is a true and correct copy of the cover page to the Request for Proposal for "Paratransit ACCESS – Service Providers & Control

Center," which I downloaded on November 14, 2016 from King County's procurement website, and which is available online at:

https://procurement.kingcounty.gov/procurement_ovr/rfpdocs/2007/GoodsAndServices/Russell/07-005/07-005_PartA.pdf

3. Attached to this declaration as **Exhibit B** is a true and correct copy of the final Submittals List of for the Request for Proposal for "Paratransit ACCESS – Service Providers & Control Center," which I downloaded on November 14, 2016 from King County's procurement website, and which is available online at:

https://procurement.kingcounty.gov/procurement_ovr/rfpdocs/2007/GoodsAndServices/Russell/07-005/07-005_sl_final.pdf

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Seattle, Washington this 14th day of November, 2016.

*/s/ Austin Rainwater*
Austin Rainwater, WSBA No. 41904

DECLARATION OF AUSTIN RAINWATER - 2
NO. 2:15-cv-01299-RAJ

DLA Piper LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044 | Tel: 206.839.4800

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record:

Dated this 14th day of November, 2016.

                              *s/Anthony Todaro*
                              Anthony Todaro

EAST\137175043.1

**EXHIBIT A**

# Request for Proposals (RFP) Part A



**Department of Executive Services**
**Finance and Business Operations Division**
**Procurement and Contract Services Section**
206-684-1681    TTY Relay: 711

| | |
|---|---|
| Advertised Date: | March 1, 2007 |
| RFP Title: | Paratransit ACCESS - Service Providers & Control Center |
| RFP Number: | 07-005 PXR |
| Due Date: | April 19, 2007- 2:00 P.M. |
| Buyer: | Paul Russell, paul.russell@metrokc.gov , 206-684-1054 |

This Contract may be funded in part by the Federal Transit Administration (FTA). Neither FTA nor the Federal Government is or will be party to any sub-agreement nor to any solicitation or requests for proposals.

**Pre-proposal Conference:**

**March 13, 2007 At 1:00 P.M.**

A non-mandatory Pre-proposal Conference will be held in the Exchange Building at 821 Second Ave in downtown Seattle WA on the Third Floor in 3F.

Proposals are hereby solicited and will **ONLY** be received by:

**King County Procurement Services Section**
**Exchange Building, 8th Floor**
**M/S EXE-ES-0871**
**821 Second Avenue**
**Seattle, WA  98104-1598**

Office Hours: 8:00 a.m. - 5:00 p.m.
Monday - Friday

Note:   This RFP consists of Three Parts:

   Part A –   Instructions and Information about the RFP Process
   Part B –   Contract King County intends to enter with the selected Proposers
           **Part B Exhibit 13 Excel Spreadsheet – Pricing** (121 KB)
   Part C –   Scope of Work
           **C-SP –  Service Providers**
           **C-CC –  Control Center.**

We acknowledge that **Addenda numbered _____ to _____** have been delivered to us and have been examined as part of the Contract documents.

---

Company Name

Address | City/State /Postal Code

Signature | Authorized Representative / Title

Email | Phone | Fax

Prime Proposer SEDB / DBE Certification number (if applicable)

---

This Request for Proposal will be provided in alternative formats such as Braille, large print, audio cassette or computer disk for individuals with disabilities upon request.

**EXHIBIT B**

# Submittals List

**Department of Executive Services**
**Finance and Business Operations Division**
**Procurement and Contract Services Section**
King County  206-263-9400   TTY Relay: 711

**ITB/RFP Number:** RFP 07-005-PCR

**Title:** Paratransit Access - Service Providers & Control Center

**Requesting Dept/Div:** Transportation- Transit

**Buyer Name:** Paul Russell

**Telephone Number:** 206-263-9317

**Submittal Opening Date:** 6/26/2007

**Effective Date:** 8/1/2008

| Rank | Vendor Name | Buyer Comments |
|---|---|---|
| | **First Transit, Inc.** | **Awarded - Control Center** |
| | **Solid Ground** | **Awarded - Service Provider** |
| | **Veolia Transportation Services, Inc.** | **Awarded - Service Provider** |
| | First Transit, Inc. | Submitted - Control Center |
| | Laidlaw Transit Services | Submitted - Control Center |
| | Laidlaw Transit Services, Inc. | Submitted - Service Provider |
| | MV Transportation, Inc. | Submitted - Service Provider |
| | MV Transportation, Inc. | Submitted - Control Center |
| | Paratransit Services | Submitted - Control Center |
| | Solid Ground | Submitted - Service Provider |
| | Veolia Transportation Services Inc. | Submitted - Service Provider |
| | Anguse Business & Transport | No bid |

Submittals List will be posted on the King County Procurement and Contract Services website at
http://www.kingcounty.gov/procurement