UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOWARD BERRY and DAVID BERRY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSDEV SERVICES, INC., TRANSDEV NORTH AMERICA, INC., and FIRST TRANSIT, INC.,<br><br>Defendants. | Case No. C15-1299-RAJ<br><br>ORDER |

This matter comes before the Court on Plaintiffs' Motion for Leave to File Over-Length Brief (Dkt. # 91), Defendants' Motion for Leave to File Over-Length Brief in Opposition (Dkt. # 131) and Defendant First Transit, Inc.'s Motion for Leave to File Excess Pages (Dkt. # 132). All of the Motions are unopposed. Plaintiffs' Motion (Dkt. # 91), Defendants' Motion (Dkt. # 131), and Defendant's Motion (Dkt. # 132) are all **GRANTED.**

DATED this 7th day of August, 2018.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER – 1